WILLIAM F. HARDEN, JR., and Others, Appellants, v. BROOKLYN TRUST COMPANY and MARY JOSEPHINE TERESA HARDEN, as Executors, etc., of THOMAS C. HARDEN, Deceased, and MARY JOSEPHINE TERESA HARDEN, Individually, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

JOHN B. HOLLINGER, Respondent, v. MOONEY STORAGE AND WAREHOUSE CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

In the Matter of the Application of HUGO SEIDENBERG and ROSE SEIDENBERG, Respondents, for a Mandamus Order against CHARLES F. BALES, Superintendent of Buildings, Borough of Queens, Appellant.— Peremptory mandamus order reversed upon the law and the facts and an alternative mandamus order directed, with fifty dollars costs and disbursements to abide the event, in order that the issue as to the use of the property in question for business purposes prior to October 3, 1924, may be determined. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

In the Matter of the Application of CHARLES M. MILLER, as Administrator, etc., of FREDERICO SORICE, Deceased, to Discover Property of Deceased Claimed to Be Withheld. ADELINA MASCOLA, Appellant; CHARLES M. MILLER, as Administrator, etc., Respondent.— Decree of the Surrogate's Court of Westchester county unanimously affirmed, with costs to respondent payable out of the estate. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Carswell and Scudder, JJ.

ARTHUR KIRCHNER, Appellant, v. SOUTH ATLANTIC REALTY COMPANY, Respondent.— Order setting aside verdict unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

ABRAHAM LEVY and Others, Respondents, v. BAY ROAD REALTY CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.